FILED

UNITED STATES COURT OF APPEALS

JUN 29 2009

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LINDA CAPO,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>PORT ANGELES SCHOOL DISTRICT NO. 121; et al.,<br><br>        Defendants - Appellees. | No. 09-35202<br><br>D.C. No. 3:07-cv-05685-BHS<br>Western District of Washington, Tacoma<br><br>ORDER |

The parties have stipulated to the dismissal of this appeal under Fed. R. App. P. 42(b). This appeal is dismissed with prejudice. Costs and attorney fees shall be allocated according to the provisions of the stipulation. A copy of this order sent to the district court shall act as and for the mandate of this court.

        For the Court:

        MOLLY C. DWYER
        Clerk of the Court:

        Cathie A. Gottlieb
        Deputy Clerk
        Ninth Cir. R. 27-7/Advisory Note to Rule 27
           and Ninth Circuit 27-10

6.22.09/cag/Pro Mo